SELMA E. GLUCK, Respondent, v. SIDNEY J. GLUCK, Appellant.— Appeal by defendant from so much of a resettled judgment of separation as awards support for the plaintiff and the two children of the marriage and as provides for certain other additional payments to be made by defendant. Resettled judgment, insofar as appealed from, modified on the facts by inserting in the fifth decretal paragraph after the words "electric bills" the words "the aggregate for the aforesaid items not to exceed $1,873.50 a year"; and by inserting in the ninth decretal paragraph, after the words "of said camp," the words "not to exceed $1,300 a year in the aggregate". As so modified, the judgment is unanimously affirmed, with costs to respondent. The judgment should be modified in the respects indicated in the interests of clarity. Present—Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

∎

HERBERT HARROW, Appellant, v. EUNICE F. HARROW, Respondent.— In an action by a husband against a wife to recover chattels, she counterclaimed to recover a sum of money, based on an alleged written agreement by the husband to pay certain sums for the support of the wife and their child, and on the obligation imposed on the husband by law to furnish necessaries for their support. Plaintiff appeals from an order denying his motion to dismiss the counterclaim, which was made on the grounds that it failed to state facts sufficient to constitute a cause of action, and that it failed separately to state and number the separate causes contained therein. Order affirmed, with $10 costs and disbursements. The counterclaim is sufficient to state a cause of action for some relief. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.